IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

T & R PROPERTIES, et al.,

               Plaintiffs,

        v.                          Case No. 2:24-cv-3761
                                      Judge Graham
BERLIN TOWNSHIP, et al.,             Magistrate Judge Jolson

               Defendants.

_____

### **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

       Now comes Nathan D. Painter (0076274) of PAINTER & ASSOCIATES, LLC pursuant to S.D. Ohio Civ. R. 83.4(b) and hereby moves this Court for an Order granting him leave to withdraw and be discharged as Counsel of Record on behalf of Plaintiffs, T & R Properties, Inc., Berlin Industrial, LLC, and Berlin Apartments, LLC, in the above captioned matter.

       A Memorandum in Support is attached hereto and incorporated herein.

                            /s/Nathan D. Painter_____
                            Nathan D. Painter (0076274)
                            **PAINTER & ASSOCIATES, LLC**
                            5123 Norwich St., Ste. 200
                            Hilliard, Ohio 43026
                            Phone: 614.319.3306
                            Fax:   614.594.7170
                            Email: nathan@painterandassociates.com
                            *Counsel for Plaintiffs*

## MEMORANDUM IN SUPPORT

Undersigned counsel seeks leave to withdraw from representation of Plaintiffs T & R Properties, Inc., Berlin Industrial, LLC, and Berlin Apartments, LLC ("Plaintiffs) pursuant to Ohio Rule of Professional Responsibility 1.16(a) and (b) and Local Rule .  The representative of Plaintiffs, RJ Sabatino, expressed a desire to undersigned counsel to hire another law firm to prosecute this matter on Plaintiffs' behalf.   This action by the representative of Plaintiffs constitutes a constructive discharge of undersigned counsel pursuant to Ohio Rule of Professional Responsibility 1.16(a).  Additionally, this action by Plaintiffs' representative has fractured the relationship and trust between undersigned counsel and Plaintiffs to a degree that continued representation of Plaintiffs by undersigned counsel is not in the best interest of either party hence demonstrating "other good cause to withdraw" pursuant to Ohio Rule of Professional Responsibility Rule 1.16(b).

Plaintiffs will still continue to be represented by other counsel that have already appeared in this matter. Plaintiffs and Plaintiffs' other counsel have been provided written notice by undersigned counsel of the decision to seek withdrawal from this matter in an email dated December 11, 2024.  Defendants will receive notice via this Court's e-filing system.

Plaintiffs have direct knowledge that pending before the Court is a Motion to Dismiss that is now decisional and waiting for the Court's decision.  Further, Plaintiffs have been provided the Scheduling Order filed with this Court on August 13, 2023 (Doc. #7).

Respectfully submitted,

/s/Nathan D. Painter
Nathan D. Painter (0076274)
**PAINTER & ASSOCIATES, LLC**
5123 Norwich St., Ste. 200
Hilliard, Ohio 43026
Phone: 614.319.3306
Fax:    614.594.7170
Email: nathan@painterandassociates.com
*Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that on the 12th day of December, 2024, a copy of the foregoing Motion

was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system. Parties may access this filing through the Court's system. Notice of this

filing was sent to Plaintiffs via email at the following:


**T & R Properties, Inc.**
**Berlin Industrial, LLC,**
**Berlin Apartments, LLC**
℅ RJ Sabatino
3895 Stoneridge Lane
Dublin, OH 43017
614.312.8503 and 614.923.4079
rjsabatino@trprop.com
Plaintiffs


                   */s/  Nathan D. Painter*
                   Nathan D. Painter (0076274)
                   PAINTER & ASSOCIATES, LLC
                   5029 Cemetery Road
                   Hilliard, Ohio 43026
                   Phone: 614.319.3306
                   Fax: 614.594.7170
                   nathan@painterandassociates.com
                   ATTORNEY FOR PLAINTIFFS