IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

T & R PROPERTIES, et al.,

    Plaintiffs,

-v-

BERLIN TOWNSHIP, et al.,

    Defendants.

Case No. 2:24-cv-3761

Judge Graham

Magistrate Judge Jolson

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Now comes Benjamin S. Zacks (Ohio S. Ct.# 0040878) of Zacks Law, LLC and pursuant to Local Rule 83.4 (b) hereby moves this Court for an Order granting him leave to withdraw and be discharged as Counsel of Record on behalf of T & R Properties, Inc., Berlin Industrial, LLC, and Berlin Apartments, LLC , (Hereinafter "T & R") in the above captioned matter. A Memorandum in Support is attached hereto and incorporated herein.

    */s/ Benjamin S. Zacks*
    Benjamin S. Zacks    (0040878)
    ZACKS LAW LLC
    33 S. James Road, 3rd floor
    Columbus, Ohio 43213
    (614) 236-8000
    bszacks@zlglaw.com
    nka bszacks@zackslawfirm.com

## MEMORANDUM IN SUPPORT

Undersigned counsel and movant respectfully moves this Court for an Order approving the withdrawal of counsel from the representation of T & R Properties, Inc., Berlin Industrial, LLC, and Berlin Apartments, LLC (collectively, "T & R"). Withdrawal is mandatory and permissive under the Ohio Rules of Professional Conduct and the Local Rules of this Court, as set forth below.

I. Basis for Mandatory Withdrawal

Movant seeks withdrawal pursuant to the mandatory requirements of Ohio Rule of Professional Conduct 1.16(a) and S.D. Ohio Civ. R. 83.4, based on the following grounds:

A. Material Impairment of Competence (ORPC 1.16(a)(2))

Movant seeks mandatory withdrawal because the lawyer's personal health condition materially impairs the ability to fully and competently represent the client, which is required under ORPC 1.16(a)(2). Further details regarding this basis for withdrawal will be provided to the Court in sealed documents or during an *in-camera* review and discussion, should the Court deem it necessary.

B. Client Discharge (ORPC 1.16(a)(3))

The attorney-client relationship is terminated because the client, T & R. Movant was directly instructed by T & R to cease work on this case, which is constructive discharge. Under ORPC 1.16(a)(3), a lawyer *shall* withdraw if the lawyer is discharged. This directive constitutes a mandatory ground for withdrawal.

II. Basis for Permissive Withdrawal

Even if mandatory grounds were not present, withdrawal is appropriate under the permissive requirements of Ohio Rule of Professional Conduct 1.16(b):

A. Good Cause for Withdrawal (ORPC 1.16(b)(4))

The relationship between undersigned counsel and T & R is compromised due to fundamental and irreconcilable disagreements regarding the prosecution and strategy of the case. Continued representation is not in the best interest of either party, demonstrating "other good cause for withdrawal" pursuant to ORPC 1.16(b)(4).

B. No Material Adverse Effect (ORPC 1.16(b)(1))

Withdrawal can be accomplished without material adverse effect on the interests of the clients because T & R will continue to be represented by the two co-counsel who have already entered appearances in this case and been working with the client and opposing attorneys.

III.  Case Status and Ethical Compliance

A. Procedural Posture

The current procedural status of the case is as follows:

- The Second Amended Complaint has been filed.
- Defendants have filed their Motion to Dismiss.
- Discovery is proceeding with T & R's two remaining attorneys, excluding the Movant.
- No trial date has been set.
- Court mediation is scheduled for the Spring of 2026.
- The case schedule was amended without Movant's participation or involvement.

B. Compliance Certification (S.D. Ohio Civ. R. 83.4)

Undersigned counsel certifies compliance with all applicable ethical and local rules:

1. T & R will continue to be represented by other counsel that has already appeared in this matter.
2. T & R and co-counsel are aware of the current deadlines in the case.

3. T & R and all other T & R counsels have been provided notice of this withdrawal in direct discussions, email, and via this motion and the Court's filing system.
4. Current address and telephone number of T & R and its representative is:

   T & R Properties, Inc. c/o RJ Sabatino, 3895 Stoneridge Lane, Dublin, OH 43017. 614.312.8503 and 614.923.4079.

5. Movant has agreed to meet with T & R and co-counsel to review all electronic files and hard copy paperwork, and for completeness will deliver these materials to existing or new counsel as soon as practical. Until delivery is completed, said counsel may use Movant's offices to review any such information at their convenience and copying.

IV. Conclusion

For the reasons stated, Movant counsel has good cause on a mandatory and permissive basis to withdraw. Undersigned counsel requests this Court to find this Motion well taken and permit the withdrawal of the lawyer and their firm as counsel for T & R.

Respectfully submitted,
*/s/ Benjamin S. Zacks*
Benjamin S. Zacks     (0040878)
ZACKS LAW LLC
33 S. James Road, 3rd floor
Columbus, OH 43213
(614) 236-8000
bszacks@zlglaw.com
nka bszacks@zackslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I served, via the Clerk of Court's ECF system a copy of the foregoing on all parties of record this 11th day of December 2025, and upon the client by electronic mail and ordinary mail.

*/s/ Benjamin S. Zacks*
Benjamin S. Zacks