IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

T & R PROPERTIES, et al.,

    Plaintiffs,　　　　　　　　　　　　　　Case No. 2:24-cv-3761

-v-　　　　　　　　　　　　　　　　　　　　　Judge Graham

BERLIN TOWNSHIP, et al.,　　　　　　　　　　Magistrate Judge Jolson

    Defendants.

**ORDER**

This matter is before the Court on Plaintiffs' Attorney's Motion for Leave o Withdraw as Counsel of Record (Doc. ____). Attorney Benjamin S. Zacks seeks to withdraw from this action as counsel for Plaintiffs. (*Id.* at 2). For good cause shown and in compliance with Local Rule 83.4(b), the Motion is **GRANTED**. The Clerk is **DIRECTED** to terminate Attorney Zacks from this action. Plaintiffs will continue to be represented by Attorneys Andrew Margolius and Joshua Scott Nagy.

    IT IS SO ORDERED.

Date: December___, 2025　　　　　　　　　　　　　　　_____