**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**T&R PROPERTIES, et al.,**

**Plaintiff,**

**v.**

**Civil Action 2:24-cv-3761**
**Judge James L. Graham**
**Magistrate Judge Kimberly A. Jolson**

**BERLIN TOWNSHIP, et al.,**

**Defendants.**

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw. (Doc. 84). In it, Attorney Benjamin S. Zacks seeks to withdraw as counsel of record for Plaintiffs. (*Id.*). For good cause shown, and in compliance with the Local Rules, the Court **GRANTS** the Motion. The Clerk is **DIRECTED** to terminate Attorney Benjamin S. Zacks as counsel of record for Plaintiffs. Plaintiffs will continue to be represented by Attorneys Andrew Margolius and Joshua Scott Nagy.

IT IS SO ORDERED.

Date: December 12, 2025

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE