**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| T&R Properties, Inc, *et al.*, | : | |
| | : | Case No.: 2:24-cv-03761 |
| Plaintiffs, | : | |
| | : | |
| v. | : | Judge James L. Graham |
| | : | Magistrate Judge Kimberly A. Jolson |
| Berlin Township, et. al. | : | |
| | : | |
| Defendant. | : | |
| | : | |

***Notice of Deposition***

Please take notice that Plaintiffs, by and through counsel will take the deposition of the following:

Deponent: The Civ.R. 30(b)(6) representative of Defendant Berlin Township Zoning Commission

Date: January 30, 2026

Time: 9:30 a.m.

Location: Video Conferencing link

In accordance with Civil Rule 30(a) and (b)(1), no subpoena is required to be served upon the witness for attendance at the deposition scheduled herein, and pursuant to the provisions of Civil Rule 5(b), notice to counsel of this deposition constitutes notice to the witness. This witness is being deposed individually and as a Rule 30(b)(6) representative for Defendant Berlin Township Zoning Commission.

Such deposition shall be recorded via a duly authorized stenographic reporter and/or videographic means.

The deposition will continue from day to day, until completed, and may be used for any purpose, including the trial of the matter.

Plaintiffs identify the following matters for examination of Defendant Berlin Township Zoning Commission's Civ.R. 30(b)(6) representative:

1. Knowledge of all proposed amendments to the Berlin Township Zoning Resolution from 2020 through Present Day related to the Berlin Industrial Overlay and the Berlin Business Park, or any other changes in density.

2. Knowledge of all proposed amendments to the Berlin Township Comprehensive Plan from 2018 through Present Day.

3. Knowledge of the policies and procedures of the Berlin Township Zoning Commission.

4. Knowledge of the general and specific authority vested in the Berlin Township Zoning Commission pursuant to the Berlin Township Zoning Resolution, § 30, et seq.

5. Knowledge of all recommendations made by the Zoning Commission to the Township Trustees from 2020 through Present Day, specifically related to the Berlin Industrial Overlay, Berlin Business Park, Berlin Township Comprehensive Plan, and any development within said Berlin Industrial Overlay and Berlin Business Park.

6. Knowledge of all formal engagements with planning consultants and executives or other assistants as delineated within Berlin Township Zoning Resolution § 30.03

7. Knowledge of all meetings of the Berlin Township Zoning Commission that considered or discussed the Plaintiffs' applications for re-zoning submitted in relation to the Industrial Parcel and/or Residential Parcel, as those terms are defined in the Second Amended Complaint.

8. Knowledge of all discussions between the Berlin Township Zoning Commission and the Berlin Township Board of Trustees regarding Plaintiffs' Industrial Parcel and/or Residential Parcel, as those terms are defined in the Second Amended Complaint.

9. Knowledge of all Berlin Township Zoning Commission meetings whereby Plaintiffs' applications for re-zoning submitted in relation to the Industrial Parcel and/or Residential Parcel, as those terms are defined in the Second Amended Complaint were specifically or generally discussed.

10. Knowledge of the facts and circumstances delineated within the Second Amended Complaint, to the extent that the allegations pertain to actions or omission of the Berlin Township Zoning Commission.

11. Knowledge of Berlin Township's Zoning districts and the requirements set forth for each district, particularly as it relates to "FR-1", "I", "BIO", "BCO", "TPUD", "PRD", and any multi-family district defined by Berlin Township's Zoning Resolution.

Respectfully submitted,

/s/Joshua Nagy________________
Joshua Nagy (0097099)
WESP BARWELL
475 Metro Place S., Suite 350
Dublin, OH 43017
(614) 204-2904
jnagy@wesplaw.com
*Attorneys for Plaintiffs*

/s/ Andrew L. Margolius
Andrew L. Margolius
Emily E. Warren
Margolius, Margolius and Associates
55 Public Square, Suite 1770
Cleveland, Ohio 44113
andrew@margoliuslaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed and served on January 28, 2026, via email to the following:

PAUL-MICHAEL LA FAYETTE (0067031)
CARA M. WRIGHT (0084583)
65 East State Street, Suite 2550
Columbus, OH 43215
Paul.LaFayette@fmglaw.com
Cara.Wright@fmglaw.com
*Attorneys for Defendants*

/s/Joshua Nagy________________
Joshua Nagy (0097099)