# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**T&R PROPERTIES, INC., et al,**

      **Plaintiffs,**

  v.                                                  Civil Action 2:24-cv-3761
                                                         Judge James L. Graham
                                                         Magistrate Judge Kimberly A. Jolson

**BERLIN TOWNSHIP, et al.,**

      **Defendants,**

## ORDER

Before the Court is the parties' Joint Motion for Extension of Case Management Deadlines. (Doc. 88). In it, the parties seek to extend all case management deadlines in this case by one month. (*Id.*). The parties claim they have worked diligently to complete discovery but, due to scheduling conflicts, they need this extra time to complete nine remaining depositions at the end of February and the beginning of March. (*Id.* at 2–3). These depositions include that of Christopher Ackers, Nicki Ackers, Ken O'Brien, Vincent Curry, Robert "Skip" Weiler, Ron Sabatino, R.J. Sabatino, Randall Woodings, and Evan Ballman. (*Id.* at 3). The parties do not anticipate any other depositions and do not anticipate needing further extensions. (*Id.*).

For good cause shown, the Court **ADOPTS** the parties' proposed deadlines. The case schedule is modified as follows:

- Fact Discovery Due                                     March 13, 2026
- Primary Expert Reports Due                       April 16, 2026
- Rebuttal Expert Reports Due                     May 16, 2026
- Expert Discovery Due                                  June 15, 2026

- Dispositive Motions Due                                  February 16, 2026

- Mediation Deadline                                           August 2026

It should be noted that this is hardly the first extension granted in this case. (*See* Docs. 41, 45, 60). Most recently, the Court has stated that the case deadlines will not be extended further, absent extenuating circumstances. (Doc. 60 at 6). The parties are again **WARNED** that the Court will not extend these deadlines further. The Court expects that the parties will engage in no further discovery beyond the nine depositions outlined in their Motion.

      IT IS SO ORDERED.


Date:  February 20, 2026                                    /s/ Kimberly A. Jolson
                                                                                           KIMBERLY A. JOLSON
                                                                                           UNITED STATES MAGISTRATE JUDGE