**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

2:24-cv-1527
2:24-cv-3761
2:24-cv-3808
2:25-cv-0040
2:25-cv-0272
2:25-cv-0380
2:25-cv-0385
2:25-cv-0440
2:25-cv-0479
2:25-cv-0495
2:25-cv-0594
2:25-cv-0648
2:25-cv-0759
2:25-cv-0760
2:25-cv-0817
2:25-cv-0865
2:25-cv-0944
2:25-cv-0988
2:25-cv-1001
2:25-cv-1060
2:25-cv-1161
2:25-cv-1192
2:25-cv-1193
2:25-cv-1199
2:25-cv-1201
2:25-cv-1203
2:25-cv-1256
2:25-cv-1276
2:25-cv-1329
2:25-cv-1397
2:25-cv-1401
2:25-cv-1434
2:25-cv-1469
2:25-cv-1498
2:26-cv-0181

**NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **July 2026**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on May 29, 2026** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio