**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| T&R Properties, Inc, *et al.*, | : | |
| | : | Case No.: 2:24-cv-03761 |
| Plaintiffs, | : | |
| | : | |
| v. | : | Judge James L. Graham |
| | : | Magistrate Judge Kimberly A. Jolson |
| Berlin Township, et. al. | : | |
| | : | |
| Defendant. | : | |
| | : | |

***DEFENDANTS BERLIN TOWNSHIP, BERLIN TOWNSHIP BOARD OF TRUSTEES AND BERLIN TOWNSHIP BOARD OF ZONING APPEALS' MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES***

Defendants Berlin Township, Berlin Township Board of Trustees and Berlin Township Board of Zoning Appeals respectfully request that this Honorable Court extend all case deadlines by forty-five (45) days[1] as follows:

| **Event** | **Current Deadline** | **Requested Deadline** |
|---|---|---|
| Expert Discovery Cut-Off | June 29, 2026 | August 13, 2026 |
| Dispositive Motions Due | July 30, 2026 | September 14, 2026 |

This request is submitted in good faith and will not unnecessarily delay these proceedings. Instead, this request will allow the parties to complete the expert depositions that have been requested in this matter.

[1] Counsel for Plaintiff indicated that they would not oppose a 30-day extension of the case deadlines. For the reasons identified in this motion, the additional 15 day extension is necessary due to the undersigned counsel's other professional obligations.

## I. Discovery that has been conducted

The parties have completed fact discovery, including the exchange of written discovery and thousands of pages of documents and the depositions of approximately 17 fact witnesses. Plaintiff produced the expert reports of Allen Lichtman and Thomas Breidenstein on April 12, 2026 and April 30, 2026. Defendant has produced reports for Erin Perdu and Sean Trende on June 1, 2026. On June 14, 2026 Plaintiff produced a "reply report" of Allen Lichtman.[2]

## II. Remaining Discovery Needed

Defendants seek to depose both of Plaintiff's experts and Plaintiff has requested to depose both of the Defendants' experts. Due to counsel's professional obligations, including previously scheduled out of state depositions, a jury trial the week of June 22, 2026 and a jury trial the week of July 13, 2026, counsel is unavailable to schedule these depositions until the week of July 27, 2026 at the earliest.

The parties have been working to coordinate these depositions, but as of the date of this filing have been unable to confirm dates for these depositions.

## III. Law and Argument

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, a case management schedule may be modified "only for good cause and with the judge's consent." The primary measure of Rule 16's "good cause" standard is the moving party's diligence in attempting to meet the case management order's requirements." *Inge v. Rock Financial Corp.*, 281 F.3d 613, 626 (6th Cir. 2002). Another relevant consideration is possible prejudice to the party opposing the modification. *Id.*

---

[2] The Court's scheduling order did not contemplate or permit the submission of "Reply Report." Defendant objects to this report and does not waive any rights related to objections regarding this "Reply Report."

Here, the parties have diligently been participating in discovery and have been cooperating to complete the discovery within the deadline established by the Court. This request is made in good faith and will not cause prejudice to Plaintiff. Indeed, Plaintiff should seek a similar extension of time as they have an equal interest in deposing the expert witnesses identified by the Defendants.

## IV. Conclusion

For these reasons, Defendants' Motion for Extension of Case Management Deadlines should be granted.

Respectfully submitted,

FREEMAN MATHIS & GARY, LLP

*/s/ Cara M. Wright*______________________
PAUL-MICHAEL LA FAYETTE (0067031)
CARA M. WRIGHT (0084583)
65 East State Street, Suite 2550
Columbus, OH 43215
T: 614-699-2386 | F: 888-356-3590
Paul.LaFayette@fmglaw.com
Cara.Wright@fmglaw.com
*Counsel for Defendants Berlin Township, Berlin Township Board of Trustees and Berlin Township Board of Zoning Appeals*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed and served on June 26, 2026, via email to the following:

Joshua S. Nagy
WESP BARWELL, LLC
475 Metro Place, Suite 350
Dublin, OH 43017
jnagy@wesplaw.com
*Counsel for Plaintiffs*

Andrew L. Margolius
Emily E. Warren
MARGOLIUS, MARGOLIUS AND ASSOCIATES
55 Public Square, Suite 1770
Cleveland, Ohio 44113
andrew@margoliuslaw.com
*Counsel for Plaintiffs*

*/s/ Cara M. Wright*____________________
PAUL-MICHAEL LA FAYETTE (0067031)
CARA M. WRIGHT (0084583)