**IN THE UNITED STATES DISTRICT COURT,**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| T&R PROPERTIES, *et al.*, | : | Case No.: 2:24-cv-3761 |
| Plaintiffs, | : | |
| v. | : | Judge: Graham<br>Magistrate Judge Jolson |
| BERLIN TOWNSHIP, *et al.*, | : | |
| Defendants. | : | |

***DEFENDANTS BERLIN TOWNSHIP, BERLIN TOWNSHIP BOARD OF ZONING TRUSTEES, AND BERLIN TOWNSHIP BOARD OF ZONING APPEALS' NOTICE OF DEPOSITION OF THOMAS W. BREIDENSTEIN***

Please take notice that Defendants Berlin Township, Berlin Township Board of Zoning Trustees, and Berlin Township Board of Zoning Appeals will take the deposition of the following:

| | |
|---|---|
| Deponent: | Thomas W. Breidenstein, AICP, Esq. |
| Date: | July 29, 2026 |
| Time: | 10:00 a.m. |
| Location: | Zoom |

In accordance with Federal Rule 30(b)(1) and Federal Rule 45(A), no subpoena is required to be served upon the deponent for attendance at the deposition scheduled herein, and pursuant to the provisions of Federal Rule 5(B), notice to counsel of this deposition constitutes notice to the Plaintiff.

Such deposition shall be recorded via a duly authorized stenographic reporter and/or video-graphic means.

The deposition will continue from day to day until completed and may be used for any purpose, including the trial of the matter.

Respectfully submitted,

/s/ Cara M. Wright

**Paul-Michael La Fayette (0067031)**
**Cara M. Wright (0084583)**
**Ashley B. Hetzel (0092213)**
FREEMAN, MATHIS & GARY, LLP
65 East State Street, Suite 2550
Columbus, OH 43215
T: 614-683-8498 | F: 833-330-3669
paul.lafayette@fmglaw.com
cara.wright@fmglaw.com
ashley.hetzel@fmglaw.com
*Counsel for Defendants Berlin Township, Berlin Township Board of Zoning Trustees, Berlin Township Board of Zoning Appeals*

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday, July 10, 2026 *Defendants Berlin Township, Berlin Township Board of Zoning Trustees, and Berlin Township Board of Zoning Appeals' Notice of Deposition of Thomas W. Breidenstein* was served by e-mail upon the following:

Andrew Margolius
Emily Warren
Margolius, Margolius and Associates
55 Public Square, Suite 1770
Cleveland, OH 44113
andrew@margoliuslaw.com
emily@margoliuslaw.com
*Counsel for Plaintiffs*

Joshua S. Nagy
465 Metro Place, Suite 430
Dublin, OH 43017
jnagy@wesplaw.com
*Counsel for Plaintiffs*

/s/ Cara M. Wright
**Cara M. Wright (0084583)**
*Counsel for Defendants Berlin Township,*
*Berlin Township Board of Zoning Trustees,*
*Berlin Township Board of Zoning Appeals*