**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| T&R Properties, Inc, *et al.*, | : | |
| | : | Case No.: 2:24-cv-03761 |
| Plaintiffs, | : | |
| | : | |
| v. | : | Judge James L. Graham |
| | : | Magistrate Judge Kimberly A. Jolson |
| Berlin Township, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

***DEFENDANTS BERLIN TOWNSHIP BOARD OF TRUSTEES, BERLIN TOWNSHIP BOARD OF ZONING APPEALS AND BERLIN TOWNSHIP ZONING COMMISSION'S NOTICE OF FILING DEPOSITION TRANSCRIPT OF ALLAN LICHTMAN***

Now come Defendants Berlin Township Board of Trustees, Berlin Township Board of Zoning Appeals, and Berlin Township Zoning Commission, by and through undersigned counsel, hereby file the Deposition Transcript of Allan Lichtman dated July 27, 2026.

Respectfully submitted,

FREEMAN MATHIS & GARY, LLP

*/s/ Cara M. Wright*
PAUL-MICHAEL LA FAYETTE (0067031)
CARA M. WRIGHT (0084583)
ASHLEY B. HETZEL (0092213)
65 East State Street, Suite 2550
Columbus, OH 43215
T: 614-699-2386-8411 | F: 888-356-3590
Paul.LaFayette@fmglaw.com
Cara.Wright@fmglaw.com
Ashley.Hetzel@fmglaw.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed and served on August 28, 2026, via email to the following:

Andrew L. Margolius
Emily E. Warren
Margolius, Margolius and Associates
55 Public Square, Suite 1770
Cleveland, Ohio 44113
andrew@margoliuslaw.com
*Attorney for Plaintiffs*

Joshua S. Nagy
465 Metro Place, Suite 430
Dublin, OH 43017
jnagy@wesplaw.com
*Attorney for Plaintiffs*

*/s/ Cara M. Wright*______________________
CARA M. WRIGHT
*Counsel for Defendants*