IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

T&R Properties, Inc., et al.,

Plaintiffs,

v.

Berlin Township, et al.,

Defendants.

Case No. 2:24-cv-3761

Judge Graham

Magistrate Judge Jolson

Order

This matter is before the Court on Plaintiffs' motion to exceed the page limit set under Local Civil Rule 7.2(a)(3). The Court hereby GRANTS the motion (Doc. 124).

*s/ James L. Graham*
JAMES L. GRAHAM
United States District Judge

DATE: September 17, 2026