**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **T&R PROPERTIES; BERLIN INDUSTRIAL LLC.; AND BERLIN APARTMENTS, LLC.,** | ) | **CASE NO. 2:24-CV-03761** |
| | ) | **JUDGE JAMES L. GRAHAM** |
| **Plaintiff,** | ) | |
| **- vs -** | ) | |
| **BERLIN TOWNSHIP; BERLIN TOWNSHIP BOARD OF TRUSTEES; AND BERLIN TOWNSHIP BOARD OF ZONING APPEALS,** | ) | **NOTICE OF FILING OF DEPOSITION TRANSCRIPTS OF RONALD BULLARD** |
| **Defendants.** | ) | |

Pursuant to Fed. R. Civ. P. Rule 32, all parties please take notice that Plaintiffs T&R Properties, Berlin Industrial LLC and Berlin Apartments LLC, hereby file the deposition transcripts of Ronald Bullard (Deposition dates: 8-19-2025 and 1-8-2026).

Such transcript will be used for all purposes so allowed under the applicable Federal Rules of Civil Procedure.

Respectfully submitted,

***/s/ Emily E. Warren***
Andrew L. Margolius (0003402)
Emily E. Warren (0080174)
Margolius, Margolius and Associates
55 Public Square, Suite 1770
Cleveland, OH 44113
(216) 621-2034; Fax (216) 621-2034
Email: andrew@margoliuslaw.com

***/s/ Joshua Nagy***
Joshua Nagy (#0097099)
Wesp, Barwell and Berardino
465 Metro Place, Suite 430
Dublin, OH 43017
(614) 456-0488
Jnagy@wesplaw.com

*Counsel for Plaintiff Berlin Apartments*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***/s/ Emily E. Warren***
Emily E. Warren