**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| T&R PROPERTIES, INC., *et al.* | : | |
| | : | Case No. 2:24-cv-3761 |
| Plaintiffs, | : | |
| | : | Judge James L. Graham |
| v. | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| BERLIN TOWNSHIP, *et al.* | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**LIMITED SUR-REPLY**

Pursuant to S.D. Ohio Civ. R. 7.2(a)(2), Plaintiffs respectfully move for leave to file the limited sur-reply attached as Exhibit A. The proposed sur-reply is nine pages and is largely confined to matters that appear for the first time in Defendants' Reply in Support of Motion for Summary Judgment (ECF No. 139): (1) an affirmative First Amendment rationale for the Trustees' response to public comment, and (2) Defendants' reliance on five decisions cited nowhere in their Motion for Summary Judgment (ECF No. 122.

Plaintiffs do not seek to submit new evidence, or reargue arguments submitted in their Memorandum in Opposition, or to reopen briefing generally. A memorandum in support follows.

Pursuant to S.D. Ohio Civ. R. 7.3, counsel for Plaintiffs has sought to confer with counsel for Defendants on October 12 but no response has been received as of this submission.

Respectfully submitted,

/s/ Andrew L. Margolius
Andrew L. Margolius (0003402)
Emily E. Warren (0080174)
MARGOLIUS, MARGOLIUS AND
ASSOCIATES

55 Public Square, Suite 1770
Cleveland, Ohio 44113
andrew@margoliuslaw.com

Joshua S. Nagy (0097099)
WESP BARWELL BERARDINO, LLC
465 Metro Place, Suite 430
Dublin, Ohio 43017
jnagy@wesplaw.com

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2026 the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Paul-Michael La Fayette
Cara M. Wright
Ashley B. Hetzel
FREEMAN MATHIS & GARY, LLP
65 East State Street, Suite 2550
Columbus, Ohio 43215
Paul.LaFayette@fmglaw.com
Cara.Wright@fmglaw.com
Ashley.Hetzel@fmglaw.com
Counsel for Defendants

/s/ Andrew L. Margolius
Andrew L. Margolius